In the Matter of the Claim of JACOB SCHWAB, Respondent, against EMPORIUM FORESTRY COMPANY, Appellant.

THE TRAVELERS INSURANCE COMPANY, Appellant.

*Matter of Schwab* v. *Emporium Forestry Co.*, 167 App. Div. 614, affirmed.

(Argued November 15, 1915; decided November 30, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 11, 1915, which directed an award to be made by the Workmen's Compensation Commission to the claimant as for permanent total disability. The claimant suffered an injury on July 6, 1914, while in the employ of the Emporium Forestry Company, the injury resulting in the loss of his right hand at the wrist. Many years before, in some way not disclosed by the record, the claimant had lost his left hand, not, however, while engaged in the same employment, nor while working for the said Emporium Forestry Company. The question at issue was: "Shall the claimant be awarded as for total permanent disability, as provided in subdivision 1 of section 15 of the Workmen's Compensation Law, or for permanent partial disability for a period of two hundred and forty-four weeks as provided in subdivision 3 of said section 15 ? "

*E. Clyde Sherwood, William B. Davis* and *Amos H. Stephens* for appellant.

*Egburt E. Woodbury, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.